UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIE J. RIDEOUT, JR.,

    Plaintiff,

vs.

SHELBY TOWNSHIP, SHELBY
TOWNSHIP POLICE DEPARTMENT,
CHIEF OF POLICE ROBERT SHELIDE,
POLICE OFFICERS: JOSEPH WOJCIK,
MARK BENEDETTINI, TERRANCE
HOGAN, KEVIN BAILEY, ERMIR VILA,
JUSTIN GOEBEL, ROBERT HEISLER; and
other Assisting Police Officers, John Does, to
be determined,

    Defendants.

Case No. 4:22-cv-11597
Hon. Hon. F. Kay Behm
Mag. Judge David R. Grand

_____/

| | |
|---|---|
| ELDER BRINKMAN LAW<br>By: AZZAM ELDER (P53661)<br>Attorneys for Plaintiff<br>1360 Porter St., Suite 250<br>Dearborn, MI 48124<br>(313) 879-0355<br>800-MyLawFirm<br>aelder@elderbrinkmanlaw.com<br><br>KORKIS LAW FIRM, PLLC<br>By: NINA KORKIS TAWEEL (P63031)<br>Co-Counsel for Plaintiff<br>1360 Porter St., Suite 200<br>Dearborn, MI 48124<br>313-581-5800<br>nina@korkislaw.com | KIRK, HUTH, LANGE & BADALAMENTI, PLC<br>By: ROBERT S. HUTH, JR. (P42531)<br>    RAECHEL M. BADALAMENTI (P64361)<br>    ELIZABETH P. ROBERTS (P76017)<br>Attorneys for Defendants Shelby Township,<br>Shelby Township Police Department, Chief of<br>Police Robert Shelide, Sgt, Joseph Wojcik, Sgt.<br>Mark Benedettini, Det./Lt. Terrance Hogan, Sgt.<br>Kevin Bailey, Det. Ermir Vila, Ofc. Justin Goebel<br>and Det./Sgt. Robert Heisler<br>19500 Hall Road, Suite 100<br>Clinton Township, MI 48038<br>(586) 412-4900<br>rhuth@KirkHuthLaw.com<br>rbadalamenti@KirkHuthLaw.com<br>eroberts@KirkHuthLaw.com |

_____/

**STIPULATED ORDER EXTENDING SCHEDULING ORDER DATES**

**IT IS HEREBY STIPULATED AND AGREED** upon by all the parties that, given the delay in the initiation of written discovery and difficulty of the parties in scheduling depositions given the competing holiday, vacation and trial schedules of counsel, the dates set forth in the stipulated Scheduling Order at ECF 41 are hereby extended as follows:

Discovery shall be completed by April 12, 2024;

Motions for summary judgment shall be filed May 13, 2024;

Final Pretrial Conference and Trial to be scheduled by the Court after decision on Motions for Summary Judgment issue.

IT IS SO ORDERED.

Dated: November 15, 2023            s/F. Kay Behm
                                    F. Kay Behm
                                    United States District Court Judge


Stipulated and approved as to form and substance:
Dated: November 14, 2023

/s/ Nina Korkis Taweel              /s/Elizabeth P. Roberts
Nina Korkis Taweel (P63031)         Elizabeth P. Roberts (P76017)
Counsel for Plaintiff               Counsel for Defendants